## GILDER v. HASTY, PROBATE JUDGE.

(Decided December 16, 1915,)

APPEAL from Marengo Law and Equity Court.

Heard before Hon. R. I. JONES, Special Judge.

McDANIEL & WHITFIELD, and N. D. DENSON & SONS, for appellant. No counsel marked for appellee.

GARDNER, J.—This case is ruled by the decision in *Smith v. Stiles, infra,* 70 South. 905, in which it was held that Marengo constituted a separate circuit. On the authority of that case judgment must be reversed and judgment rendered granting prayer of petitioner requiring the probate judge to place his name upon the ballot as a candidate for judge of that circuit.

ANDERSON, C. J., McCLELLAN, MAYFIELD, and SOMERVILLE, JJ., concur.

SAYRE, J., dissents.

---

## TAYLOR v. HASTY, PROBATE JUDGE.

(Decided December 16, 1915.)

APPEAL from Marengo Law and Equity Court.

Heard before Hon. EDWARD J. GILDER.

McDANIEL & WHITFIELD, and N. D. DENSON & SONS, for appellant. WILLIAM L. MARTIN, Attorney General, amicus curae of the court.

GARDNER, J.—Reversed and remanded on authority of *Smith v. Stiles, infra,* and *Gilder v. Hasty, infra.*

ANDERSON, C. J., McCLELLAN, MAYFIELD, SOMERVILLE, and THOMAS, JJ., concur.

SAYRE, J., dissents.